952

No. 90–7056. SCOTT v. BUEHLER FOOD MARKETS, INC. C. A. 6th Cir. Certiorari denied.

No. 90–7058. BENTLEY v. NEW YORK ET AL. (two cases). C. A. 2d Cir. Certiorari denied.

No. 90–7062. CHRISTIAN v. PACIFIC GAS & ELECTRIC CO. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–7063. BARELA v. ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 90–7075. NEAL v. BURTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–7077. BROWNE v. ROBB. Sup. Ct. Del. Certiorari denied.

No. 90–7081. GRANT v. ZIMMERMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–7082. LIGHTS v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 90–7083. MARTIN v. FISHER ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–7085. CUMMINGS v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTION CENTER. C. A. 8th Cir. Certiorari denied.

No. 90–7110. MCDANIEL v. ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7115. GILLIAM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7123. CAMMACK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7126. BIGGS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.